IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01083-MSK-BNB

MARY KELLY,

        Plaintiff,

v.

LOST VALLEY RANCH CORPORATION, a Colorado corporation,
d/b/a LOST VALLEY RANCH,

        Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed,

counsel for the parties shall obtain from the Court any exhibits and depositions used during this

case.  Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of

all appellate proceedings.  Failure to retrieve the exhibits and depositions in this matter in

conformance with this Order may result in their destruction.

Dated this 16th day of June, 2006

                **BY THE COURT:**

                _____

                Marcia S. Krieger
                United States District Judge