IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01083-MSK-BNB

MARY KELLY,

Plaintiff,

v.

LOST VALLEY RANCH CORPORATION, a Colorado corporation, d/b/a LOST VALLEY RANCH,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 20, filed January 31, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED:  January 31, 2007