IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01083-MSK-BNB

MARY KELLY,

Plaintiff,

v.

LOST VALLEY RANCH CORPORATION, a Colorado corporation, d/b/a LOST VALLEY RANCH,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 28, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 14, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge